NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001352
15-NOV-2017
10:11 AM

NO. CAAP-14-0001352

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DANIEL IBBETSON, Plaintiff/Counter-Defendant/Appellee,
v. DEAN KAIAWE, Defendant/Counterclaimant/Third-Party
Plaintiff/Appellant, v. HAWAII CONFERENCE FOUNDATION,
a Hawaii nonprofit corporation, and
DEPARTMENT OF PUBLIC WORKS, COUNTY OF HAWAII,
a municipal corporation, Third-Party Defendants/Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 06-1-015K)

ORDER DENYING DEFENDANT/COUNTERCLAIMANT/THIRD-PARTY PLAINTIFF/
APPELLANT DEAN KAIAWE'S MOTION FOR RECONSIDERATION OF
MEMORANDUM OPINION FILED OCTOBER 31, 2017
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of Defendant/Counterclaimant/Third-Party Plaintiff/Appellant Dean Kaiawe's Motion for Reconsideration ("Motion") of Memorandum Opinion filed October 31, 2017, and the records and files in this case,

**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

IT IS HEREBY ORDERED that said Motion is denied.

DATED: Honolulu, Hawai'i, November 15, 2017.

On the motion:

Michael J. Matsukawa
for Defendant/Counterclaimant/
Third-Party Plaintiff/Appellant

Presiding Judge

Associate Judge


For the reasons stated in my concurring and dissenting memorandum opinion, I would grant this motion.

Associate Judge